**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

CUSTOM TOOL & GRINDING, Inc., )
)
  Plaintiff,                   )    2:25-CV-1126
vs.                            )
)
AUTO-OWNERS INSURANCE          )    Hon. J. Nicholas Ranjan
COMPANY,                       )
)    Magistrate Judge Christopher B. Brown
  Defendant.                   )
)

**MEMORANDUM ORDER**

On July 28, 2025, Defendants Auto-Owners Insurance Company removed this case from the Court of Common Pleas of Allegheny County (ECF 1). Plaintiff Custom Tool & Grinding's complaint brings two state law claims: breach of contract (Count I); and bad faith (Count II). The matter was referred to Magistrate Judge Christopher B. Brown for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court applicable to Magistrate Judges.

Currently before the Court is a Report & Recommendation (ECF 50) filed by Judge Brown on May 12, 2026. Judge Brown recommended that the Court DENY Auto-Owners' partial motion for judgment on the pleadings as to the bad faith claim (ECF 21). The parties were notified that objections to the Report & Recommendation were due by May 26, 2026. No objections were filed.

Upon a clear-error review of the record of this matter and the Report and Recommendation, the Court finds no clear error on the face of the record, and therefore enters the following order.

AND NOW, this 2nd day of June, 2026, it is hereby **ORDERED** that the Report & Recommendation is adopted as the opinion of the Court.

BY THE COURT:

/s/ *J. Nicholas Ranjan*
United States District Judge